**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                                                No. 96-4426

ANTHONY WAYNE CAMERON,
Defendant-Appellant.

Appeal from the United States District Court
for the Middle District of North Carolina, at Durham.
William L. Osteen, Sr., District Judge.
(CR-95-266)

Submitted: February 13, 1997

Decided: February 28, 1997

Before WIDENER and HAMILTON, Circuit Judges, and
BUTZNER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

**COUNSEL**

Thomas K. Maher, RUDOLF & MAHER, P.A., Chapel Hill, North
Carolina, for Appellant. Walter C. Holton, Jr., United States Attorney,
Paul A. Weinman, Assistant United States Attorney, Greensboro,
North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Anthony Cameron pled guilty to conspiring to distribute crack cocaine, carrying or using a firearm during and in relation to a drug offense, and distribution of crack cocaine. The district court sentenced Cameron to serve 248 months in prison followed by five years supervised release and to pay a special assessment fee of $100. Cameron appeals his conviction and sentence. Cameron's attorney filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967), raising one issue but asserting that there are no meritorious issues for appeal. Cameron was informed of his right to file a pro se supplemental brief, which he has failed to do.

Cameron's counsel raises the issue of whether the district court erred in not allowing Cameron to withdraw his guilty plea. Following a de novo review of the record, we conclude that the district court did not abuse its discretion in not allowing the withdrawal of Cameron's guilty plea. See United States v. Ewing, 957 F.2d 115, 119 (4th Cir. 1992); United States v. Brown, 617 F.2d 54, 55 (4th Cir. 1980). At no time during the plea hearing or sentencing hearing did Cameron ask to withdraw his guilty plea. Consequently, this claim lacks merit.

In accordance with the requirements of Anders , we have examined the entire record in this case and find no other meritorious issues for appeal. Accordingly, we affirm Appellant's conviction and sentence. This court requires that counsel inform his client, in writing, of his right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on the client.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED